Ryan E. Hatch (SBN 235577)
**HATCH LAW, PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

Alan D. Sege (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

*Attorneys for Plaintiff*
*ACTIAN CORPORATION*

Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Caroline.VanNess@skadden.com

*Attorney for Defendant*
*COMPASS SOFTWARE GMBH, SEMA GMBH, AND SYSTABUILD SOFTWARE GROUP*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>COMPASS SOFTWARE GMBH, SEMA GMBH, and SYSTABUILD SOFTWARE GROUP,<br><br>          Defendants. | Case No. 5:25-cv-10730-SVK<br><br>~~[PROPOSED]~~ **ORDER RE:  JOINT STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS COMPLAINT AND CONTINUE HEARING ON MOTION TO DISMISS**<br><br>Action Filed:  December 16, 2025 |

The Parties' Joint Stipulation to Extend Deadlines for Response and Reply to Motion to Dismiss Complaint and to Continue the Hearing on the Motion to Dismiss has come before this Court.  Having reviewed the moving papers, any opposition thereto, the relevant record, and finding good cause,

**IT IS HEREBY ORDERED** that the Joint Stipulation is granted.  The new deadlines for the Response and Reply to the Motion to Dismiss are July 20, 2026, and August 3, 2026, respectively, and the Hearing on the Motion to Dismiss has ~~been continued to August 18, 2026, at 10:00 AM.~~  is VACATED and will be reset if necessary.

**IT IS SO ORDERED.**

Dated: ___July 6_____, 2026

_____
Hon. Susan Van Keulen
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS COMPLAINT

Case No. 5:25-cv-8914-BLF-NMC