Ryan E. Hatch (SBN 235577)
**HATCH LAW, PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

Alan D. Sege (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

*Attorneys for Plaintiff*
*ACTIAN CORPORATION*

Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Caroline.VanNess@skadden.com

*Attorney for Defendant*
*COMPASS SOFTWARE GMBH, SEMA GMBH, AND SYSTABUILD SOFTWARE GROUP*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS SOFTWARE GMBH, SEMA GMBH, and SYSTABUILD SOFTWARE GROUP,<br><br>Defendants. | Case No. 5:25-cv-10730-SVK<br><br>~~[PROPOSED]~~ **ORDER RE: SECOND JOINT STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS COMPLAINT**<br><br>Action Filed: December 16, 2025 |

The Parties' Second Joint Stipulation to Extend Deadlines for Response and Reply to Motion to Dismiss Complaint and to Continue the Hearing on the Motion to Dismiss has come before this Court. Having reviewed the moving papers, any opposition thereto, the relevant record, and finding good cause,

**IT IS HEREBY ORDERED** that the Second Joint Stipulation is granted. The new deadlines for the Response and Reply to the Motion to Dismiss are August 3, 2026, and August 17, 2026, respectively.

**IT IS SO ORDERED.**

Dated: July 20, 2026

Hon. Susan Van Keulen
United States Magistrate Judge