Ryan E. Hatch (SBN 235577)
**HATCH LAW, P.C.**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

Alan D. Sege (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

*Attorneys for Plaintiff*
*ACTIAN CORPORATION*

Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Caroline.VanNess@skadden.com

*Attorney for Defendant*
*COMPASS SOFTWARE INC.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS SOFTWARE INC.,<br><br>Defendant. | Case No. 5:25-cv-10730-SVK<br><br>~~[PROPOSED]~~ **ORDER RE: JOINT STIPULATION TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONTINUE HEARING**<br><br>Action Filed: December 16, 2025<br>Amended Complaint Filed: August 3, 2026 |

The Parties' Joint Stipulation to Extend Deadlines for Response and Reply to Motion to Dismiss First Amended Complaint and Continue Hearing has come before this Court. Having reviewed the moving papers, any opposition thereto, the relevant record, and finding good cause, **IT IS HEREBY ORDERED** that the Joint Stipulation is granted. The new deadlines for the Response and Reply to the Motion to Dismiss are October 29, 2026 and November 12, 2026, respectively. The Hearing on the Motion to Dismiss the First Amended Complaint ~~shall be continued to November 24, 2026, at 10:00 AM.~~ is VACATED and will be reset by the Court if necessary.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Susan van Keulen

Hon. Susan Van Keulen
United States Magistrate Judge